IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CARPENTER PROPERTIES, INC.**                                          **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 3:07-cv-278 HTW-LRA**

**J.P. MORGAN CHASE BANK, N.A.**                                    **DEFENDANT**

**ORDER GRANTING EXTENSION OF TIME**

On April 14, 2015, plaintiff Carpenter Properties, Inc. filed an unopposed motion for an extension of time to submit its costs and attorney's fees [docket no. 110]. Carpenter Properties, Inc. informs the court that it has agreed to mediate this matter with defendant J.P. Morgan Chase Bank, N.A. This mediation is set to occur April 30, 2015.

If the mediation is successful, plaintiff contends there will be no need for the court to resolve the issue of attorney's fees and costs. If mediation is not successful, plaintiff requests permission to submit documentation of its attorney's fees and costs within ten (10) days of the mediation effort.

Inasmuch as it is unopposed, this court grants the motion for extension of time [docket no. 110]. The parties shall advise the court of the outcome of their mediation effort on April 30, 2015. If their mediation effort is unsuccessful, Carpenter Properties, Inc. shall submit its motion for attorney's fees and costs on May 11, 2015.

**SO ORDERED AND ADJUDGED, this the 16th day of April, 2015**

                                                      **s/ HENRY T. WINGATE**

                                                      **UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:07-cv-278 HTW-LRA